# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**NO. 03-25-00461-CV**

---

**In re Cheryl Lynn Smith Kemp**

---

**ORIGINAL PROCEEDING FROM TRAVIS COUNTY**

---

## M E M O R A N D U M   O P I N I O N

Relator Cheryl Lynn Smith Kemp has brought this mandamus proceeding seeking issuance of the writ against the Travis County District Clerk for reasons relating to the preparation of the appellate record in Relator's separate appeal pending before this Court, *Cheryl Lynn Smith Kemp v. Brian Thomas Kemp*, No. 03-25-00276-CV. Because we lack writ power over the Travis County District Clerk except as necessary to enforce our jurisdiction and because Relator's petition has not shown that issuance of the writ to the District Clerk is necessary to enforce our jurisdiction, we deny the petition. *See* Tex. Gov't Code § 22.221; *In re Guajardo*, No. 03-11-00821-CV, 2012 WL 254675, at \*1 (Tex. App.—Austin Jan. 25, 2012, orig. proceeding) (mem. op.).

In addition, we also construe Relator's mandamus petition as a motion filed in her separate appeal, cause number 03-25-00276-CV, to supplement the record in that appeal. We issue our order on that motion contemporaneously with the issuance of this opinion in the mandamus proceeding.

_____

Chari L. Kelly, Justice

Before Justices Triana, Kelly, and Theofanis

Filed:   July 25, 2025